UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Miles R Morgan,

             Plaintiff(s),

vs.

National Park Service, et al.,

             Defendant(s).

2:24-cv-01546-RFB-MDC

ORDER

Because plaintiff paid the filing fee, the Court determined that he could proceed *pro se* without screening, since he is not a prisoner. ECF No. 8. The Court ordered the Clerk of Court to file the Complaint. *Id.* The Clerk did so. ECF No. 9. Upon review of the docket, the Court noted that summons had not been issued.

ACCORDINGLY,

**IT IS ORDERED that:**

1. The Clerk of Court is kindly directed to issue summons.

2. Plaintiff must complete service within 90-days of the filing of this Order.

DATED this 22nd day of January 2025.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

**NOTICE**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal

may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985).

This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, the plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may result in dismissal of the action.